| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
| --- | --- | --- |

| JESUS JARAMILLO | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO.  4:18CV266 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 10, 2018, the report of the Magistrate Judge [Dkt. 7] was entered containing proposed findings of fact and recommendations that Plaintiff Jesus Jaramillo's ("Plaintiff") "Motion for Return of Seize[d] Property" ("Motion for Return of Seized Property") [Dkt. 1] be **DENIED** and that the Court accept the designation of Defendant's spouse, Ms. Laura Rivera Carrasco, to pick up any remaining property from the Dallas Police Department.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Return of Seized Property [Dkt. 1] is **DENIED**.

It is further **ORDERED** that the Court accepts the designation of Ms. Rivera to pick up any remaining property from the Dallas Police Department.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED at Beaumont, Texas, this 13th day of August, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE